JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br>       Plaintiff,<br>  v.<br>SIX UNKNOWN NAMES AGENTS, et al,<br>       Defendants. | NO. CV 21-4745-GW (KS)<br><br>ORDER AND JUDGMENT OF DISMISSAL |

On June 7, 2021, Plaintiff, a California state resident proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint is difficult to comprehend, with handwritten annotations in the margins of each page, multiple attachments, and phrases blacked out throughout the pleading. (*See generally id.*)

As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it).

On June 10, 2021, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) On July 1, 2021, after three weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than July 16, 2021, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 4.)

On July 19, 2021, Plaintiff responded to the Order to Show Cause by re-filing the same defective "Complaint." (Dkt. No. 5.) To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: July 29, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE